IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL THOMPSON,

    Plaintiff,                     No. CIV S-05-2557 LKK JFM P

    vs.

LASSEN COUNTY JAIL,

    Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed February 6, 2006, plaintiff was ordered to file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a certified copy of the required inmate trust account statement.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED:  March 16, 2006.

            UNITED STATES MAGISTRATE JUDGE

12
thom2557.fifp

2